# United States District Court

## *Southern District of Georgia*

JEFF KERTSCHER and KRISTY K

_____  ☩

Plaintiff

Case No.    1:26-CV-00025-JRH-BKE

**v.**

STATE FARM FIRE AND CASUA

_____  ☩

Defendant

Appearing on behalf of

DEFENDANT

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __10th__ day of __February__ , __2026__ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:    BRITTNEY A. SIZEMORE
_____

Business Address:    SWIFT, CURRIE, MCGHEE & HEIRS
_____
Firm/Business Name

1420 PEACHTREE ST NE, SUITE 800
_____
Street Address

| | ATLANTA | GA | 30309 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 404-874-8800 | | 332873 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:    brittney.sizemore@swiftcurrie.com